# EXHIBIT B

# DOUGLAS A. HOLLON

469.544.4792 | doug@hollon.biz

## CREDIT EXPERT

### CORE COMPETENCIES AND ACHIEVEMENTS

**CDIA FCRA Certifications**
**NYIF Credit Analyst Certificate**
**SAS Credit Risk Modeling and Credit Score Development**
**American Bankers Association Lending Compliance Certificate**
**Trial Testimony.** Provided crucial testimony about a data furnisher in an FCRA case which resulted in a $2.25 million jury verdict for the Plaintiff/Client.
**Arbitration Testimony.** Provided crucial testimony about a CRA in an FCRA case which resulted in a $1.1 million decision for the Claimant/Client.
**30(b)(6) Corporate Representative Witness.** Testified on behalf of company; having specialized knowledge of company policies, procedures and operations.
**Credit Reporting Analysis.** Analyzed tens of thousands of credit reports in order to help customers.
**Credit Score Analysis.** Analyzed thousands of credit scores in order to help consumers and others.
**E-Oscar.** Reviewed and studied e-Oscar reporting from companies to ensure accuracy.
**Compliance.** Reviewed laws and regulations and reviewed company processes to ensure compliance.
**Public Speaking.** Invited to speak at Credit Con 2022, along with another credit expert, plus speaking event at Paul Quinn College.
**Investigative techniques.** Learned and applied investigative techniques to various crime scene situations and criminal cases.
**Contact Center Operations.** Helped customers by telephone and mail resolving complaints.
**Customer Service.** Diffused hundreds of escalated customer interactions with peaceful resolutions. Red carpet service.
**Effective Communication.** Listened to customers and asked questions to understand in order to best assist them.
**Coaching.** Guided dozens of people in leadership and management skills to help with their success.
**Legal Research and Analysis.** Reviewed and studied pre-litigation complaints, company documents, and explained results to company legal personnel.
**Contract Management.** Studied government (FAR) and commercial contracts. Master's Certificate Contract Management, Villanova University

### PROFESSIONAL EXPERIENCE

**CREDIT EXPERTS OF NORTH TEXAS, LLC** | Aubrey, TX | 2020 - Present
President/Owner

- Prepare Expert Witness Reports
- Analyze litigation case documents
- Legal Research
- Deposition and Trial Testimony
- Compliance
- Consultation/Training/Speaking

1

**EXPERIAN** | Allen, TX | 2005–2019
**Credit Reporting, Compliance**
- 30(b)(6) Corporate Representative Witness (2016-2018) Testified on behalf of company; having specialized knowledge of company policies, procedures and operations.
- Analyzed and defused escalated customer situations to prevent lawsuits by managing processes from beginning to end
- Provided leadership advice to current supervisors based on observation of company operations increasing department efficiency
- Maintained relations between high profile customers and company reassuring customers that their information is secure and safe as the Project Manager for High Profile Security Breach
- Developed close relationships with customers in order to resolve their issues by learning various personalities and how to interact
- Government Liaison to Congressmen, managing customer cases and providing in-depth reports
- Managed security breaches involving high profile consumers, creating policies and procedures to prevent future breaches
- Processed subpoena requests as the Custodian of Records for Federal Courts, State Courts, IRS, etc.

**U.S. ARMY** | Germany | 1989 – 2005
**Senior Paralegal, CID Agent**
- Top Secret SCI clearance
- Investigated General Crimes and Economic Crimes
- Supervised operations for Prosecutor's office, including 7 branch offices, overseeing over 15 personnel (this office had the largest criminal case load in the Army for the years I was there)
- Maintained an overall office budget, including supplies, equipment, and travel, totaling over $40,000
- Implemented and manage computerized file tracking system, providing 100 % accountability of all pending cases
- Updated office filing system for files up to 10 years old increasing capacity
- Non-Commissioned Officer of the Year candidate for military installation

**EDUCATION AND CERTIFICATIONS**
**Bachelor of Science in Business Finance** | Liberty University | Lynchburg, VA | Honors
**Bachelor of Arts in Religion**, Bethany Divinity College and Seminary | Dothan, AL | Summa Cum Laude
**Master's Certificate in Contract Management** | Villanova University | Villanova, PA
**Ziglar Legacy Certified Trainer**
**D.I.S.C. Personality Profile Certified Trainer**
**NYIF Credit Analyst Certificate**
**CDIA FCRA Certifications**
**SAS Credit Risk Modeling and Credit Score Development**
**American Bankers Association Lending Compliance Certificate**

**TECHNICAL SUMMARY**
Series 6 License, Microsoft Word, Excel, PowerPoint, Outlook, and Customer Relationship Management System, Public Speaking; Training Facilitator, Notary Public

2

**Testimony**

Bianca M. Jones ***v. Nelnet Servicing, LLC***, U.S. District Court, Western District of Tennessee (Memphis Division) (Case: 2:24-cv-02325). Expert Report. Deposition. (2025)

Ronald A. Garcia Delgado ***v. Experian Information Solutions, Inc.*** U.S. District Court, Eastern District of Texas (Sherman Division) (Case: 4:24-cv-00637). Expert Report. Deposition. (2025)

Oleksandr Panchenko ***v. Comenity Capital Bank, and Bank of America, N.A.***; U.S. District Court, Northern District of California (Case: 5:23-cv-04965-BLF). Expert Report. Deposition. (2025)

Marcelino Albuerne and Ruby Jenkins ***v. Rent Recovery Solutions, LLC;*** U.S. District Court, District of Kansas (Case: 5:24-cv-04043). Expert Report. Deposition. (2025)

Michael R. Libbra ***v. Experian Information Solutions, Inc. and TransUnion, LLC,*** U.S. District Court, Central District of Illinois (Case: 3:23-cv-03298-CRL-KLM). Expert Report. Deposition. (2025)

Tamara Allen ***v. Experian Information Solutions, Inc. and USAA Federal Savings Bank,*** U.S. District Court, Southern District of Texas (Houston Division) (Case: 4:23-cv-03406) Expert Report. Deposition. (2025)

Ivy Acorin ***v. Wells Fargo Bank, NA***, U.S. District Court, Southern District of California (Case: 3:24-cv-00034-AJB-BLM). Expert Report. Deposition. (2025)

Alana Cimillo **v. *Experian Information Solutions, Inc.,*** Judicial Arbitration and Mediation Services (JAMS), (JAMS Reference Number: 5425001310). Expert Report. Testimony (2025)

Alycia Johns ***v. Experian Information Solutions, Inc.; Equifax Information Services, LLC; Nelnet; First Premier Bank: TransUnion, LLC; LVNV Funding; et al.***, U.S. District Court, Eastern District of Pennsylvania (Case: 2:22-cv-04791-KBH) Expert Report. Deposition. (February 2025)

Alycia Johns ***v. TransUnion, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Nelnet; First Premier Bank:; LVNV Funding; et al.***, U.S. District Court, Eastern District of Pennsylvania (Case: 2:22-cv-04791-KBH) Expert Report. Deposition. (January 2025)

Richard Leroy Brasmer ***v. Experian Information Solutions, Inc.*** U.S. District Court, Eastern District of Washington (Case: 2:24-cv-00063). Expert Report. Deposition. (2025)

Cecelia Colette Grant ***v. Experian Information Solutions, Inc.,*** American Arbitration Association, (Case Number 01-24-0004-3912), Testimony (2025)

James Breitenbach ***v. SageStream, LLC,*** U.S. District Court, Eastern District of Pennsylvania, (Case: 2:24-cv-00893). Expert Report. Deposition. (2024); Testimony (2025)

Danny K *v. Experian Information Solutions, Inc.* U.S. District Court, Middle District of North Carolina, Greensboro Division (Case: 1:23-cv-00856). Expert Report. Deposition. (2024)

Demetre Durham *v. Experian Information Solutions, Inc., et al.,* U.S. District Court, District of Hawaii Case: 1:23-cv-00255-JAO-KJM). Expert Report. Deposition. (2024)

Saran Nuth and Kevin O'Neill *v. Newrez LLC dba Shellpoint Mortgage Servicing, and Experian Information Solutions, Inc. et al.*, U.S. District Court, Northern District of California (Case: 3:23-cv-03476-WHA). Expert Report. Deposition. (2024)

Austin Stuart Fraase *v. Advantage Credit Bureau,* U.S. District Court, District of North Dakota (Eastern Division) (Case: 3:23-cv-00117-ARS). Expert Report. Deposition. (2024)

James N. Osborne *v. RentGrow, Inc.*, U.S. District Court, District of Massachusetts (Case: 1:23-cv-10572) Expert Report. Deposition. (2024)

Alexandra Husted-Mai *v. Hunter Warfield, Granite Management, LLC, and Tailwind West Lafayette*, LLC, State of Indiana, Circuit Court of Tippecanoe County (Cause No. 79C01-1908-CT-000114) Trial Testimony. (2024)

Daniel Wright *v. HireRight, LLC,* U.S. District Court, District of Arizona (Case: 2:23-cv-00493-SMM) Expert Report. Deposition. (2024)

Shane W. Young *v. Experian Information Solutions, Inc., and First Advantage Background Services Corp.,* U.S. District Court, Northern District of Illinois (Western Division) (Case: 3:22-cv-50222) Expert Report. Deposition. (2024)

Crystal Lovelady *v. Experian Information Solutions, Inc., and General Business Recoveries, Inc.,* U.S. District Court, District of Arizona (Case: 4:23-cv-00136-SHR). Expert Report. Deposition. (2024)

Ernest Lee Duncan, Jr. *v. Experian Information Solutions, Inc.,* JAMS Arbitration, Ref. No. 5410000458. Testimony. (2024)

Fabian Huizar *v. TransUnion, Inc.,* U.S. District Court, Northern District of Indiana (Lafayette Division) (Case: 4:22-cv-00086-PPS-JEM) Expert Report. Deposition. (2024)

Fabian Huizar *v. Horizon Bank,* U.S. District Court, Northern District of Indiana (Lafayette Division) (Case: 4:22-cv-00060-PPS-JEM) Expert Report. Deposition. (2024)

Fabian Huizar *v. Experian Information Solutions, Inc.,* U.S. District Court, Northern District of Indiana (Lafayette Division) (Case: 4:22-cv-00085-PPS-JEM) Expert Report. Deposition. (2024)

Fabian Huizar *v. Equifax Information Services, LLC,* U.S. District Court, Northern District of Indiana (Lafayette Division) (Case: 4:22-cv-00090-PPS-JEM) Expert Report. Deposition. (2024)

Lawrence Whaley *v. RentGrow, Inc.,* U.S. District Court, District of South Carolina (Case: 2:23-cv-01393-DCN). Expert Report. Deposition. (2024)

Sean Algaier ***v. Credit Control Services, Inc., et al.,*** U.S. District Court, Western District of North Carolina (Case: 3:22-cv-00475-RJC-DCK). Expert Report. Deposition. (2023)

Aaron Rubin ***v. US Bank Home Mortgage, Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC.,*** U.S. District Court, Western District of New Jersey (Case: 3:22-cv-00906-FLW-DE). Expert Report. Deposition. (2023)

Lyla Stephens ***v. Experian Information Solutions, Inc.,*** American Arbitration Association, Case Number: 01-22-0003-5590. Expert Report. Testimony. (2023)

Melissa L. Walker ***v. Missouri Higher Education Loan Authority, Equifax Information Services, LLC, and TransUnion, LLC,*** U.S. District Court, Eastern District of California (Case: 1:21-at-00607). Expert Report. Deposition. (2023)

Zavian Allen ***v. Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC, and Innovis Data Solutions, Inc., et al.,*** U.S. District Court, Eastern District of Texas (Sherman Division) (Case: 4:22-cv-00128-ALM). Expert Report. Deposition. (2023)

Eunice Hernandez ***v. Experian Information Solutions, Inc., Equifax Information Services, LLC, TransUnion, LLC, and Innovis Data Solutions, Inc., et al.,*** U.S. District Court, Eastern District of Texas (Case: 4:22-cv-00455-SDJ). Expert Report. Deposition. (2023)

Erin Livesay ***v. National Credit Systems, Inc.,*** U.S. District Court, Northern District of Indiana (Lafayette Division) (Case: 4:22-cv-19-TLS-JEM). Expert Report. Deposition. (2023)

Mark Cebrynski and Kristen Cebrynski ***v. Wells Fargo Bank, N.A., and Experian Information Solutions, Inc.,*** U.S. District Court, District of Arizona (Case: 2:21-cv-01965-DJH). Expert Report. Deposition. (2023)

Genaris Haston ***v. Gold Coast Federal Credit Union, et al.,*** U.S. District Court, Southern District of Florida (Case 9:22-80004-CIV-SMITH). Expert Report. Deposition. (2022)

Jeff Wellemeyer ***v. TransUnion, LLC, et al,*** U.S. District Court for the Western District of Kentucky, Louisville Division (Case number: 3:20cv814 DJH-LLK). Expert Report. Deposition. (2022)

Thomas Lynch and Rosemary Nelson ***v. Experian Information Solutions, Inc.,*** U.S. District Court, District of Minnesota (Case 0:20-cv-02535).  Expert Report. Deposition. (2022)

Matthew Koerner ***v. Santander Consumer USA, Inc. and Equifax Information Services, LLC and Experian Information Solutions, Inc., and Trans Union, LLC,*** U.S. District Court for the Northern District of Illinois (Case 1:20-cv-522). Expert report. Deposition. (2021)

John D. Myers, on behalf of himself and those similarly situated, ***v. Equifax Information Services, LLC and Experian Information Solutions, Inc., and Trans Union, LLC,*** U.S. District Court for the Southern District of Indiana (Case 1:20-cv-00392-JMS-DLP). Expert report. Deposition. (2021)

5