# EXHIBIT C

```
                                                                Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION

 3
     Dominic Castleberry,           §
 4                                  §
                 Plaintiff,         §
 5                                  §
         vs.                        §   Civil Action No.:
 6                                  §   4:24-cv-00793
                                    §
 7   JPMorgan Chase Bank, N.A.,     §
                                    §
 8               Defendant.         §
                                    §
 9

10   ****************************************************

11                    REMOTE DEPOSITION OF

12                     JONATHAN PETRUCCI

13                     SEPTEMBER 3, 2025

14   ****************************************************

15

16      REMOTE DEPOSITION OF JONATHAN PETRUCCI, produced

17   as a witness the instance of the Plaintiff and duly

18   sworn, was taken in the above-styled and numbered

19   cause on September 3rd, 2025, from 9:05 a.m. to 12:22

20   p.m., before Kara Dickinson, reported by computerized

21   stenotype machine for US Legal Support 16825

22   Northchase Drive, Suite 800, City of Houston, Harris

23   County, State of Texas, pursuant to F.R. Civ. P.

24   30(b)(6) and under the provisions stated on the

25   record or attached hereto.
```

Page 22

```
 1        I'm not aware of what the following
 2   numbers mean, but the last one would point to what I
 3   stated.
 4        Q.   And it's blank, but what about tracking ID?
 5        A.   I'm not familiar with that one.
 6        Q.   If you go down some on the right-hand side
 7   there's some letters called PRI.  Do you see those?
 8        A.   QRI?
 9        Q.   Yeah.  If you see to the right there's date
10   of birth -- actually, next to the date of birth I see
11   sig.  What is that sig to the right of the date of
12   birth?
13        A.   I'm not familiar with that one either.
14        Q.   Do you see the sig right there?
15        A.   Yes, I do see it.
16        Q.   Could that stand for signature?
17        A.   I'm not sure.
18        Q.   Do you know what the DP stands for?
19        A.   I'm not sure on that one either.
20        Q.   And if you keep going down and it says PRI,
21   do you see that?
22        A.   PRI, yes, I see that.
23        Q.   What does that stand for?
24        A.   I believe that's primary -- but I'm not
25   exactly sure.  I'm sorry.
```

Page 23

```
 1        Q.   Okay.  What about the CMID?
 2        A.   That I'm not aware of either.
 3        Q.   And those numbers?
 4        A.   No.  I'm not aware.  Unfortunately, over
 5   time alot things get added over time to the system
 6   and not necessarily things get subtracted away.  So
 7   that's why you'll see a lot where things are missing
 8   or blank or maybe some values that we don't
 9   potentially use today.
10        Q.   If you go down and on the far left, do you
11   see where it says miscellaneous data?
12        A.   Correct.
13        Q.   That's blank, correct?
14        A.   Correct.
15        Q.   Next to it, what is LOE?
16        A.   So that's length of employment.
17        Q.   Okay.  And it has 00B, what is that?
18        A.   So the 00 is going to mean zero years and
19   zero months.  So this is a field that -- we currently
20   do not ask for length of employment on the
21   application, hence why that's 00.
22        Q.   Okay.  What about that B?
23        A.   The B and phone, I believe, are for
24   business phone.
25        Q.   Okay.  And next to it there's a zero there.
```

Page 24

```
 1   Can you tell me what HSG PMT means?
 2        A.   Housing payment.  So that is a zero.
 3        Q.   And on the left it says Pri then Inc.  Can
 4   you tell me what that stands for?
 5        A.   Primary income.  So that would be the
 6   income from the application.
 7        Q.   And here it's listed at $234,000, correct?
 8        A.   Correct.
 9        Q.   Okay.  If you go down, there's a letter CL,
10   looks like there's a zero there.  Can you tell me
11   what CL stands for?
12        A.   I'm not aware of what it is.
13        Q.   What about card type?
14        A.   Card type there is says VP next to that,
15   which indicates a visa platinum.
16        Q.   Next to that is S/O?
17        A.   I'm not aware.
18        Q.   N N/C?
19        A.   Not aware of that as well.
20        Q.   And next to that is BT Ind N?
21        A.   So that is balance transfer indicator.  So
22   that N would indicate that there was no request from
23   the application for a balance transfer.
24        Q.   And if you go down towards the bottom,
25   there's another date that says 12/02.  Can you tell
```

Page 25

```
 1   me what stands for?
 2        A.   So that is the date where you're no longer
 3   able to make any changes to the application.  So I
 4   talked about earlier that the application will
 5   archive at a certain period of time, typically around
 6   30 days.  So it's around 30 days or so when that went
 7   to that date, and that's where if it's in that DS
 8   state nobody can physically, you know, reconsider an
 9   application, et cetera.  It's kind of in its final
10   state.
11        Q.   Next to it there's a letter DS.  Can you
12   tell me what that is?
13        A.   I'm not sure what the DS stands for.  It
14   may be in the list of codes that were provided, but I
15   don't know off the top of my head.  I just know that
16   when you see that DS followed by the I01, that it's
17   in that state that I mentioned to where the -- it
18   can't be -- it's in that final state.
19        Q.   Okay.  And down on the bottom line it looks
20   like there's a term called BATUSER.  Can you tell me
21   what that?
22        A.   That's could be the ID.  So that's more of
23   a systemic ID BATUSER.
24        Q.   What does that mean?
25        A.   I don't know exactly what that means.
```

Page 34

1  A.  I'm unaware of what that means.
2  Q.  What about below that, Appl Inc?
3  A.  That's going to be the income but the
4  monthly income.  So that $19,500 would be the monthly
5  income.
6  Q.  And you see over to the right it says
7  credit bureau summary, and I do see TransUnion and it
8  has 00/00.  What do those zeros mean?
9  A.  I'm unaware of what that means.
10  Q.  And then below that you have Maj and Inq.
11  So let's just start with Maj.  Do you know what Maj
12  stands for?
13  A.  Major.
14  Q.  What does that mean?
15  A.  So it's going to allude to a major
16  delinquency or a derogatory item.
17  Q.  And --
18  A.  The zero next to it would be the count.
19  Q.  Okay.
20  A.  I'm unaware of whether these are still
21  populated today.  There in the system here, but these
22  very well could be older fields that are no longer
23  populated.
24  Q.  Okay.  And down below to the left it says
25  requested and it says PRODUCT VPEWS.  Can you tell me

Page 35

1  what that means?
2  A.  So the VP, visa platinum, EWS, is what we
3  talked about before on the previous one.  The EWS is
4  the company that we work with to get that additional
5  information.  So it's alluding to this customer would
6  have been eligible for us to potentially reach out to
7  EWS.
8  Q.  Okay.  And there's a 5,000, what does that
9  mean?
10  A.  5,000 is just the default value of 5,000.
11  Typically 5,000 is the generic starting point.  It
12  really doesn't mean anything specific for this
13  application.  It's just a generic amount.
14  Q.  Below that is 1,500, what does that mean?
15  A.  1,500 is the amount that if we were to
16  approve the customer systemically, they would have
17  received $1,500.
18  Q.  Okay.  There's something below it that says
19  BT.  Can you tell me what that is?
20  A.  That's the BT indicator, similar to the
21  last page of whether or not there's a balance
22  transfer request on the application.
23  Q.  Okay.  And there's something that says swap
24  in with some numbers to the right.  Can you tell me
25  what that mean?

Page 36

1  A.  I'm unaware of what that means.
2  Q.  What about the BK800?
3  A.  Same, I'm not aware.
4  Q.  If there's just a dash next to it with
5  nothing in it, is it safe to assume that's blank?
6  A.  Correct.
7  Q.  Do you know, just for the understanding of
8  it, can you tell me what SCD stands for?
9  A.  I'm unsure what that one means.
10  Q.  To the right, kind of towards the bottom
11  but to the right, there's a term BTE PC.  Can you
12  tell me what that is?
13  A.  I'm not sure on that one as well.
14  Q.  There's a code that says X7?
15  A.  That one I'm unaware of as well.
16  Q.  What about EAC PC Y?
17  A.  Again, I'm unaware.
18  Q.  It says maximum credit amount and there's
19  480 -- let me ask you this, rather than guess:  What
20  is max credit amount?  What does that mean?
21  A.  Basically, so we have something we have to
22  follow called ability to pay.  It's a regulatory
23  requirement.  So basically that amount is based on
24  the customer's income and their obligations, what is
25  the maximum amount from a credit line they'd be able

Page 37

1  to afford to pay the minimum payment.
2      We don't necessarily give a customer
3  as high as that, but in theory here, the $488,562, if
4  a customer were to receive a credit line of that they
5  would theoretically be able to make the minimum
6  required payment based on their income.
7  Q.  And like I said, I might have asked this
8  leading into it.  I can't remember, but I'll ask it
9  again just in case.  Where is this document and/or
10  information saved or stored?
11  A.  So this would be saved in the file net --
12  or the EIV system that I mentioned.
13  Q.  Okay.  Is it saved as it is, or is this a
14  compellation of data pulled together to create this
15  one report?
16  A.  You would have -- all the different screens
17  would be saved, so this would be one of the screens
18  saved, the summary screen.  So it would be in one --
19  Q.  How many different kind of screens are
20  there?
21  A.  There are multiple.  I don't know the total
22  amount, but there's several screens.
23  Q.  Like, this is a summary screen.  Can you
24  tell me a few more that you know of?
25  A.  So there's a summary screen.  There's a --

Page 50

```
 1   on the exact date.  We do, however, ten years tends
 2   to be a mark we will keep things from a retention
 3   standpoint.  Again, I don't know that's exactly the
 4   amount of time for this particular application, but
 5   ten years is a common time period.
 6        Q.   Okay.  Let's go down to Chase 16.  And can
 7   you tell me what this screen is?
 8        A.   One second.  So this is an additional
 9   information screen, so the ADI screen.  So this just
10   houses incremental information.  You can see much of
11   this is not filled in.
12        Q.   Correct.  What is that?  It says young.
13   What does that "young" stand for?
14        A.   The young code, I'm not aware of what that
15   means.
16        Q.   Okay.  Let's go down 17.  Can you tell me
17   what this screen is?
18        A.   This is a screen that houses some scoring
19   information.  There's a lot of scores in here, some
20   scores that may be dated and that are not used, but
21   this does house internal and external scoring-type
22   information.
23        Q.   And I know it's blank, but what does ABAZ
24   stand for?
25        A.   I'm not aware of what that means.  It could
```

Page 51

```
 1   very well be an old type of score that is no longer
 2   being used.
 3        Q.   I see FICO there towards the bottom, and
 4   then it has a score of zeros, and you mentioned that
 5   they were scored on this.  Can you show me where a
 6   score is?
 7        A.   So I don't -- I don't see -- I see zeros
 8   here.  Again, I'm not certain as to these scores if
 9   these are active fields that are currently used
10   today.  Some of these appear to be pretty dated
11   fields that we haven't used in quite sometime.
12             But the FICO I would allude to what we
13   saw on some of those previous -- some of the other
14   screens where we had a FICO available, that would be
15   a more accurate representation of the FICO score.
16        Q.   Which screen?  I'm sorry.
17        A.   Some of the previous ones we looked at, I
18   think, had FICO on it.  I don't know if it was a
19   summary screen, or one of them had FICO.  Again, I'm
20   not certain as to whether or not these even get
21   populated with scores.
22        Q.   We went through some most of them.  I don't
23   remember FICO being on the others, but we can go back
24   if we need to.
25        A.   Okay.
```

Page 52

```
 1        Q.   You know, this was only processed in 2023,
 2   so that was just a few years ago.  Why would data
 3   fields from, as you say, a long time ago be on --
 4        A.   My understanding is -- historically, based
 5   on my experience, is oftentimes new fields and things
 6   will get added but not necessarily will it mean
 7   fields will get extracted out of the system.  Some
 8   fields will still remain there and just not get
 9   populated.  Or if they are populated, they may not
10   necessarily be used in the decisioning process.
11        Q.   Okay.  Let's go down to Chase 18.  Let me
12   know when you're there.
13        A.   Yes, I'm there.
14        Q.   Okay.  What is this screen?
15        A.   So this one, I'm not too familiar with.  It
16   looks like some additional information, page -- you
17   can see everything is blank here, so there's nothing
18   that was filled in.
19        Q.   What page was this?  I'm sorry.
20        A.   I'm sorry?
21        Q.   What would you call this?  I see NCE --
22        A.   I'm not exactly sure what that means or
23   what that stands for, but it's just -- as I
24   mentioned, it just appears to be another page with
25   additional information that nothing appears to be
```

Page 53

```
 1   filled out here.
 2        Q.   Okay.  Let's go down to 19.  And what is
 3   this screen?
 4        A.   Similar to the last one.  Some more
 5   additional information.  Again, I'm not certain as to
 6   all the screens here.  I do see there's a screen, and
 7   I do see that there's some information as -- well,
 8   it's all blank except for income.  So there's a spot
 9   here where it says income gross amount where we have
10   $19,500.  So that's just going to circle back to the
11   customer's monthly income here.
12        Q.   At the top it says -- I guess, you know, is
13   there an acronym standing for something, the FCS NTI
14   data?
15        A.   I'm assuming -- I don't know exactly what
16   the NTI -- excuse me.  I do know.  My apologies.
17   Non-taxable income.
18        Q.   Okay.  Up at the top left there's code
19   QFCS.  Can you tell me what that means?
20        A.   I'm unaware of what that means.
21        Q.   And next to it is EFC 296.  Do you know
22   what that is?
23        A.   I do not.
24        Q.   Okay.  Let's go down to 20, Chase 20.  Can
25   you tell me what this screen is?
```

Page 54
1    A.   Looking at these scores, these are all old
2   scores that we no longer internally produce.  So this
3   looks like an old score screen where you can see
4   nothing was captured.
5    Q.   Right.  Okay.  Let's go to Chase 21.  Can
6   you tell me what this screen is?
7    A.   Yes, this is -- let me look through here.
8   So this is a page that would capture previous student
9   information, branch information if an application
10  came to the branch, et cetera.  I don't know if many
11  of these are populated today.
12          I do see that the income was
13  populated.  It does say student income populated
14  there, but I'm unaware if that figure means anything
15  or not.
16   Q.   Where do you see that student income?
17   A.   Middle bottom.
18   Q.   I see it.
19   A.   But I don't know if these mean anything.  M
20  must be thousand.  I don't know what the -- was it
21  $162,000, the income on the application?  I don't
22  recall.
23   Q.   That was, like -- well, I think it was
24  around like $295,000.  I might be off a little bit,
25  but it was, like, extremely high.

Page 55
1    A.   Yeah.  I don't know what this field means,
2   and what this means, and it's not used in any type of
3   decisioning.
4    Q.   Where would the information be captured
5   from that would be put in this box?
6    A.   I'm unaware.
7    Q.   Okay.  Let's go to 22, Chase 22.  Can you
8   tell me what this screen is?
9    A.   This appears to be a screen that just
10  captures some customer identification, additional
11  identification information.  You can see the name is
12  there, the date of birth, the social.  But, yeah,
13  it's -- a lot of this stuff is not filled in.
14   Q.   Where would this information be captured
15  from on this screen?
16   A.   So the information that is populated here,
17  the name, the date of birth, the social security,
18  that's going to be from the application.
19   Q.   Let's go down to the next screen, 23.  Can
20  you tell me what that screen is?
21   A.   This one appears to capture additional
22  income-type information and interactive questions.
23  But I can see here there's nothing really filled in
24  here.
25   Q.   Okay.  Let's go to Chase 24.

Page 56
1    A.   Twenty-four, okay.
2    Q.   Okay.  Can you tell me what this screen is?
3    A.   ==So this is a lot of miscellaneous data==
4   ==that's being stored.  So you can see, it's==
5   ==miscellaneous ACAPSs data.  So this captures quite a==
6   ==few fields with some things you can see are==
7   ==populated, some are not.  It's just a miscellaneous==
8   ==fields, a page of miscellaneous fields.==
9           ==I can see by looking at it, some of==
10  ==these are not going to apply to a consumer==
11  ==application potentially or some of these may be -- it==
12  ==looks like a screen with fields that could be used==
13  ==regardless if the application was consumer or==
14  ==business.  If it's a consumer app, you're going to==
15  ==see business-type fields that just aren't going to be==
16  ==populated.==
17   Q.   I see, kind of, in the upper third part of
18  the page it says, fraud alert indicator.
19   A.   Where would that be?
20   Q.   If you see it says credit assessment score,
21  risk factor 1 through 5?
22   A.   I see, CBR, fraud alert indicator or a
23  different line?
24   Q.   Yeah, that's the line.  What exactly is
25  that?

Page 57
1    A.   That's a field that's going to say whether
2   or not there was a fraud alert from the bureau
3   regarding the social security number.  I'm not
4   certain if that was populated or not.  You can see
5   there's no value to the right of it, so there's
6   nothing populated.  I'm not sure if that means
7   there's none, or if that's just a field that doesn't
8   get populated on the screen.
9    Q.   Okay.  And then you get into -- down below
10  and it says ATP, firm income asset original amount
11  and then you have a dollar sign and then you got
12  symbols here.  Do those mean anything?  What's that
13  dollar sign?
14   A.   So that's the dollar amount.  So this
15  field, when we look to decision and application, we
16  do look at -- we do have the ability to look at our
17  internal assets.  So that field is going to equate to
18  an asset field and much how assets the customer has
19  with Chase.
20   Q.   And there's an "N" a few lines down.  What
21  does that stand for?
22   A.   So that field, ATP firm income asset amount
23  modified indicator.  So that means that there was
24  nothing modified in terms of this particular field.
25          So the assets, for example, let's --

Page 58
1  the assets we're going to get systemically the amount
2  that the customer has, but there could be
3  circumstances where we don't have the full picture,
4  maybe they have private bank assets, for example, to
5  where we want to modify that and add to the number of
6  assets to do the whole picture.
7           In this case there have was no
8  modification. This person clearly has -- based on
9  here has no assets with Chase.
10     Q.   Okay. And going down to where it starts to
11 be populated with some form of letter or number you
12 see, kind of towards the bottom, in that column it's
13 E but if you look to the left it's MLA borrower
14 indicator, and it has E. First of all, what does
15 that data field mean, and what does E mean?
16     A.   So this -- that is equating to whether or
17 not this person is an active military customer. So
18 they are not. The E is -- the E or an N is going to
19 mention that they're not active military customers.
20     Q.   Okay. And below that the MLA data source,
21 and I see the acronym next to it.
22     A.   It says TRU, that's TransUnion.
23     Q.   Just to get it on the record, is that the
24 source that Chase used?
25     A.   So Chase looked at Experian to understand

Page 59
1  if the bureau came back to determine whether or not
2  the customer is an active military, deployed, et
3  cetera.
4      Q.   Okay. So that E, does that stand for
5  Experian?
6      A.   No, TransUnion. TRU is TransUnion.
7      Q.   You mention Experian --
8      A.   I apologize if I said Experian. I
9  mentioned the wrong one.
10     Q.   No that's fine. And then down below it we
11 see the yearly income again; is that correct?
12     A.   Correct.
13     Q.   Okay. You mentioned that -- and it may be
14 in another document that we haven't got to, and
15 that's fine. But you mentioned that they looked at
16 Experian as well, and the only source here is
17 TransUnion. Do you know why Experian wouldn't show
18 up on this document as well?
19     A.   So Experian was -- so we have the primary
20 pull, which is TransUnion, so that's where we're
21 going to be getting back a multitude of information
22 from TransUnion, understanding whether the customer
23 has debt levels, et cetera. Experian is a secondary
24 pull to kind of get that trended information that I
25 spoke about before. So it's not the same information

Page 60
1  coming back as you would from TransUnion. It's going
2  to be that supplemental information that trended
3  information that could potential be used in credit
4  decisions.
5           So I don't know for certain as to why
6  we don't have anything saved from Experian, but
7  that's the process today.
8      Q.   Okay. We can go down to 25, Chase 25. Can
9  you tell me what this screen is?
10     A.   I'm not familiar with this, other than the
11 fact that it appears to be fraud related. So I'm not
12 familiar. I can see there's no values or anything
13 inputted.
14     Q.   Okay. Looks like Chase 26 is a lot of the
15 same; is that correct?
16     A.   That's correct.
17     Q.   Then we go to Chase 27.
18     A.   A lot of this is similar here as well.
19     Q.   Okay. Now, we go down to -- let's go down
20 to Chase 28.
21     A.   Okay.
22     Q.   Can you tell me what this screen is?
23     A.   So, again, this is incremental information
24 that's going to capture a lot of -- looks like
25 there's a bunch of individual fields. I don't know

Page 61
1  what each of the individual fields mean. I know what
2  some of them mean.
3           It's just incremental information
4  again. There's some score information here, et
5  cetera.
6      Q.   Let me ask you this: Let's go down to the
7  middle of the page and it says -- I don't know what
8  the first part of it will mean. You can decipher
9  that. But it says, applicant gross annual income.
10 Do you see that middle part?
11     A.   Uh-huh.
12     Q.   What's is that full data field?
13     A.   The one that has TALX in front?
14     Q.   Correct.
15     A.   So that's a TALX income, so that value is a
16 default value. So that means, basically, nothing.
17 That's a third party resource where we can verify
18 income. Currently that's not a part of our process
19 so it's just a default value of all 9s here. So it
20 really doesn't mean anything.
21     Q.   Okay. And below it, where did that date
22 come from 12/31?
23     A.   It looks like a default as well. See how
24 it says 2099?
25     Q.   Uh-huh.