IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DOMINIC CASTLEBERRY,** | § | |
| *Plaintiff*, | § § § | |
| v. | § § | **CIVIL ACTION NO. 4:24-CV-00793** |
| **JPMORGAN CHASE BANK, N.A.,** | § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT

ON THE DATE SET FORTH BELOW the Court considered Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Strike Plaintiff's Expert ("Motion"). After consideration of the Motion, this Court is of the opinion that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED that the testimony of Plaintiff's Expert, Douglas Hollon, is excluded in its entirety.